FILED _____          RECEIVED _____
ENTERED _____        SERVED ON _____
          COUNSEL/PARTIES OF RECORD

JAN 1 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-460-JCM-GWF |
| | ) | |
| GERRY G. ZOBRIST, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FORFEITURE

On January 14, 2013, defendant GERRY G. ZOBRIST pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Plea Agreement. Plea Agreement, ECF No. __.

This Court finds that GERRY G. ZOBRIST shall pay a criminal forfeiture money judgment of $1,153,774.34 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2    States recover from GERRY G. ZOBRIST a criminal forfeiture money judgment in the amount of

3    $1,153,774.34 in United States Currency.

4    DATED this _____ day of _____, 2013.

7

8    _____

      UNITED STATES DISTRICT JUDGE

9