```
                    FILED           RECEIVED
                    ENTERED         SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                         SEP - 5 2013

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                 BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-460-JCM-(GWF) |
| ) | |
| GERRY G. ZOBRIST, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on January 15, 2013, that GERRY G. ZOBRIST shall pay a criminal forfeiture money judgment of $1,153,774.34 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 4; Plea Agreement, ECF No. 7; Change of Plea Minutes, ECF No. 9; Order of Forfeiture, ECF No. 8.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from GERRY G. ZOBRIST a criminal forfeiture money judgment in the amount of $1,153,774.34 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 5th day of Sept, 2013.

_____
UNITED STATES DISTRICT JUDGE