# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>GERRY G. ZOBRIST,<br><br>　　　　　Defendant(s). | 2:12-CR-460 JCM (GWF) |

**ORDER**

Presently before the court is the government's motion to amend the judgment in this case. (Doc. # 50). Defendant Gerry G. Zobrist did not file a response.

In the plea agreement, the parties agreed to a restitution amount of $30,894,281.00. (Doc. # 7). Subsequently, the government moved to amend the judgment to reflect a lower restitution amount because it received information that the loss suffered by two lenders was lower than anticipated. (Doc. # 39). The court granted the motion and ordered restitution in the amount of $30,654,312. (Doc. # 48).

The government now seeks to lower the restitution amount by $800,300.09 because the restitution list included an entry for $800,300 to "Unknown DOT Victim" and a nine cent discrepancy between the amended restitution list and the order amending the judgment. (Doc. # 48). Restitution cannot be ordered to unidentified victims.

Therefore, the judgment shall be amended to reflect the restitution amount of $29,854,011.91.

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the government's motion
3   to amend the judgment (doc. # 50) be, and the same hereby is, GRANTED.

4   IT IS FURTHER ORDERED that the judgment against defendant shall be amended to reflect
5   the restitution amount of $29,854,011.91.

6   DATED February 10, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -